# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.12-71977-MHM |
| | * |
| LATEICIA DAVINE LEE, | * |
| aka LATEICIA D LEE-GORDON, | * CHAPTER: 13 |
| aka LATECIA LEE, | * |
| | * |
| | * |
| DEBTOR. | * |

## MOTION TO INCUR 401K LOAN

COMES NOW the Debtor in the above-styled Chapter 13 case, and through counsel, files this "Motion to Incur 401K Loan" by showing to this Honorable Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(D).

4.

Debtor filed the petition for relief in the above-styled Chapter 13 case on September 1, 2012.

5.

Debtor needs to catch up on mortgage delinquency and must incur debt to do so.

6.

Debtor intends to borrow 5,781.00 from Trans America (401k). The debt will be repaid beginning January 2015 at $58.00 per month.

/pw

7.

Debtor shows that the loan will not jeopardize the Plan and is in the best interest of the estate and creditors and that such a loan will assist in the effectuation of the Debtor's financial reorganization.

WHEREFORE, Debtor prays:

(a) that this Motion be filed, read and considered;

(b) that this Motion be granted; and,

(c) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
Clark & Washington, LLC

\_\_\_\_\_/s/_____
**Darren R. Hojnacki**
GA Bar No. 100206
Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

/pw

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.12-71977-MHM |
| | * |
| LATEICIA DAVINE LEE, | * |
| aka LATEICIA D LEE-GORDON, | * CHAPTER: 13 |
| aka LATECIA LEE, | * |
| | * |
| DEBTOR. | * |

## NOTICE OF HEARING ON MOTION TO INCUR 401K LOAN

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a **"Motion"** seeking **to Incur Debt**.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1204 (12th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 1:45 PM, on January 29, 2015.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340 75 Spring Street, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                          Respectfully submitted,
                                          Clark & Washington, LLC

Clark & Washington, LLC
3300 Northeast Expressway         ____/s/_____
Building 3                                     Darren R. Hojnacki
Atlanta, GA 30341                      GA Bar No. 100206
(404)522-2222                             Attorney for the Debtor
Fax(770)220-0685

*/pw*

## CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Motion to Incur 401K Loan" and "Motion to Incur 401K Loan" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

LaTeicia Davine Lee
6092 Guilford Lane
Atlanta, GA 30349

I further certify that, by agreement of the parties, Adam Goodman, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner I served the parties listed in the attached matrix with the "Notice of Hearing on Motion to Incur 401K Loan" at the addresses indicated therein,

Dated: 12/18/2014
/s/
Darren R. Hojnacki
GA Bar No.100206

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

*/pw*

America's Servicing Co.
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Lendmark Financial Services
2118 Usher Street
Covington, GA 30014-2434

Midland Funding LLC by American InfoSource
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

PRA Receivables Management LLc
POB 41067
Norfolk, VA 23541-1067

America's Servicing
7495 New Horizon Way
Frederick, MD 21703-8388

America's Servicing
c/o Barrett,Daffin,Frappier,Levin&Block
15000 Surveyor Boulevard
Addison, TX 75001-4417

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

Americas Servicing Company
Attn: BK Dept - MAC #D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Ashley Funding Services LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Brandsmart
P.O. Box 981439
El Paso, TX 79998-1439

Capital One Bank
c/o Portfolio Recovery
P.O. Box 12914
Norfolk, VA 23541-0914

Chase Bank USA, NA
P.O. Box 15298
Wilmington, DE 19850-5298

Comprehensive Womens Healthcare
c/o Benchmark Receivables
5819 Riverstone Circle
Atlanta, GA 30339-8449

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

FMS Incorporated
P.O. Box 707601
Tulsa, OK 74170-7601

Francis O. Kadiri
778 Rays Rd
Ste 103
Stone Mountain, GA 30083-3107

Gejuan Gordon
6092 Guilford Lane
Atlanta, GA 30349-4244

IMMA 5
1100 Johnson Ferry Rd
Ste 460
Sandy Springs, GA 30342-1743

LENDMARK FINANCIAL, LLC
2118 Usher Street
Covington GA 30014-2434

LENDMARK FINANCIAL SERVICES INC
7003 CONCOURSE PKWY
STE N
DOUGLASVILLE GA 30134-4553

Lendmark Financial Services
7003 Concourse Pkwy Suite N2
Douglasville, GA 30134-4552

Macy's/DSNB
P.O. Box 8218
Mason, OH 45040-8218

Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX  77210-4457

/pw

PRA Receivables Management, LLC as agent
of Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541-1067

Quest Diagnostics
P.O. Bxo 740777
Cincinnati, OH 45274-0777

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Target National Bank
c/o Target Credit Services
P.O. Box 673
Minneapolis, MN 55440-0673

Tiburon Financial
P.O. Box 770
Boys Town, NE 68010-0770

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702-3397

Francis O. Kadiri
Francis O. Kadiri, LLC
Suite 103
778 Rays Road
Stone Mountain, GA 30083-3107

/pw